**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**MICHAEL HALL**                                                                 **PLAINTIFF**

v.                                                             **CIVIL ACTION NO. 4:09CV21-WAP-DAS**

**CITY OF INDIANOLA, MISSISSIPPI, ET AL.**                         **DEFENDANTS**

## ORDER STAYING CASE

Before the court is the Indianola defendants' motion for a stay pending a ruling on their immunity motion [Doc. 5], filed April 9, 2009. Local Rule 16.1(B)(4) provides that "filing of an immunity defense motion shall stay the attorney conference and disclosure requirements and all discovery not related to the immunity issue, pending the court's ruling on the motion issue." The court finds the Indianola defendants have raised the issue of immunity by separate motion as required by Local Rule 16.1(B)(4). Accordingly,

**IT IS ORDERED** that the aforementioned proceedings are hereby STAYED pending resolution of the immunity issue. The parties shall notify the undersigned within ten (10) days of a decision on the immunity motion and shall submit a proposed order lifting the stay.

This 14th day of April, 2009.

                                                                   /s/ David A. Sanders
                                                                   U. S. Magistrate Judge